UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC ROGERS,

    Plaintiff,

      v.                             Case No.:  9:14-cv-81494-DMM

ADVANCE STORES COMPANY,
INCORPORATED and DISCOUNT
AUTO PARTS, LLC,

    Defendants.

## NOTICE OF SETTLEMENT

Defendants, ADVANCE STORES COMPANY, INCORPORATED and DISCOUNT AUTO PARTS, INC., through their undersigned counsel and pursuant to Local Rule 3.08, hereby advise the Court that the parties have reached in principle an amicable settlement of all claims in this matter.  Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

DATED this 24th day of March, 2015.

                                                                            Respectfully submitted,

                                                                            JACKSON LEWIS PC
                                                                            390 North Orange Avenue,
                                                                            Suite 1285
                                                                             Orlando, Florida 32802-3389
                                                                            Telephone: (407) 246-8440
                                                                            Facsimile: (407) 246-8441

                                                                            By: */s/ Nicole A. Sbert*
                                                                                Nicole A. Sbert
                                                                                Florida Bar No.:  0896861
                                                                                sbertn@jacksonlewis.com

                                                                            Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of March 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Nicole A. Sbert*
Nicole A. Sbert

## **SERVICE LIST**

*Eric Rogers v. Advance Stores Company, Inc., and Discount Auto Parts, LLC*
*Case No. 9:14-cv-81494-DMM*

| | |
|---|---|
| Douglas S. Schapiro, Esq. | Nicole A. Sbert |
| Florida Bar No.:  54538 | Florida Bar No.: 0896861 |
| Email:  schapiro@schapirolawgroup.com | Email:  sbertn@jacksonlewis.com |
| The Schapiro Law Group, PL | JACKSON LEWIS PC |
| 21301 Powerline Road | 390 North Orange Avenue, Suite 1285 |
| Suite 106 | Orlando, FL  32801 |
| Boca Raton, FL  33433 | Telephone:  (407) 246-8440 |
| Telephone:  561-807-7388 | Facsimile:   (407) 246-8441 |
| Facsimile:   561-807-7198 | |
| | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

4846-1949-5970, v.  1