## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-cv-81494-MIDDLEBROOKS/BRANNON

ERIC ROGERS,

     Plaintiff,

v.

ADVANCE STORES COMPANY,
INCORPORATED, and DISCOUNT
AUTO PARTS, LLC,

     Defendants.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Joint Stipulation of Dismissal with Prejudice [DE 15] ("Stipulation"), filed April 15, 2015.  Under Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Given that the Stipulation has been signed by all parties who have appeared, in accordance with the Rule, it is hereby

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.  The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT**.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this _17_ day of April, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record